■ EDWARD PISAREK et al., Appellants, v CITY OF YONKERS et al., Respondents, et al., Defendants. [643 NYS2d 1003] ■

The instant action is barred by the firefighter's rule *(see, Raquet v Braun,* 85 NY2d 423; *Cooper v City of New York,* 81 NY2d 584).

The appellants' remaining contentions are without merit. Bracken, J. P., O'Brien, Joy and Goldstein, JJ., concur.